(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**STACY, MARK J.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**PARISI-STACY, CAROL ANN** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-1101** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-7221** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**P. O. Box 24**<br>**Lake Zurich, IL 60047** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**P, O. Box 24**<br>**Lake Zurich, IL 60047** |
| County of Residence or of the Principal Place of Business: **Lake** | County of Residence or of the Principal Place of Business: **Lake** |
| Mailing Address of Debtor (if different from street address):<br>**895 East Schirra Drive**<br>**Palatine, IL 60074** | Mailing Address of Joint Debtor (if different from street address):<br>**895 East Schirra Drive**<br>**Palatine, IL 60074** |

Location of Principal Assets of Business Debtor (if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ■ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13
- ☐ Chapter 9  ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business  ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:  1-15 ☐  16-49 ■  50-99 ☐  100-199 ☐  200-999 ☐  1000-over ☐

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/03)

**FORM B1**, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**STACY, MARK J.**
**PARISI-STACY, CAROL ANN**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ MARK J. STACY**
Signature of Debtor **MARK J. STACY**

X    **/s/ CAROL ANN PARISI-STACY**
Signature of Joint Debtor **CAROL ANN PARISI-STACY**

Telephone Number (If not represented by attorney)

**March 29, 2005**
Date

**Signature of Attorney**

X    **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)
**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)
**COHEN & KROL**
Firm Name
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address
**312-368-0300  Fax: 312-368-4559**
Telephone Number
**March 29, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ JOSEPH E. COHEN**          **March 29, 2005**
Signature of Attorney for Debtor(s)      Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re **MARK J. STACY,**
**CAROL ANN PARISI-STACY**
,
Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**BANK OF AMERICA**<br>**P. O. Box 1848**<br>**Greensboro, NC 27420** | | J | **First Mortgage on residence in Palatine**<br><br>Value $  300,000.00 | | | | 98,426.00 | 0.00 |
| Account No. **3888849118**<br>**FIRST MIDWEST BANK**<br>**BUFFALO GROVE**<br>**300 Park Blvd., Ste 400**<br>**Itasca, IL 60143** | | J | **Second Mortgage on house and condo**<br>**Single Family Home located at**<br>**895 East Schirra Drive**<br>**Palatine, IL  60074**<br><br>Value $  300,000.00 | | | | 157,000.00 | 0.00 |
| Account No.<br>**IUMA & RICH SECREST**<br>**34 Edgemont Drive**<br>**Mundelein, IL 60060** | | J | **Third Mortgage on house and condo**<br><br>Value $  300,000.00 | | | | 97,316.00 | 0.00 |
| Account No.<br>**IUMA & RICH SECREST**<br>**34 Edgemont Drive**<br>**Mundelein, IL 60060** | | J | **Automobile Loan**<br>**2000 Lincoln LS**<br><br>Value $  13,000.00 | | | | 17,100.00 | 4,100.00 |
| **1** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 369,842.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                         Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re **MARK J. STACY,**
       **CAROL ANN PARISI-STACY**
                                                                  Case No. _____
                                                    ,
                                            Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1984189267904695**<br><br>**WASHINGTON MUTUAL HOME LOANS**<br>**P. O. Box 3139**<br>**Milwaukee, WI 53201-3139** | - | | **First Mortgage**<br><br>**Condo located at**<br>**675 Grove Drive, Unit 216**<br>**Buffalo Grove, IL  60089**<br><br>Value $ **130,000.00** | | | | **11,359.00** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **11,359.00**

Total (Report on Summary of Schedules)  **381,201.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                 Best Case Bankruptcy

Form B6E
(04/04)

In re  **MARK J. STACY,**	Case No. _____
     **CAROL ANN PARISI-STACY**
_____,
                           Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

    *Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                      **0** continuation sheets attached

Form B6F
(12/03)

In re   **MARK J. STACY,**
     **CAROL ANN PARISI-STACY**                                                              Case No. _____

                                                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4356 1000 0292 0957**<br><br>**BANK OF AMERICA**<br>**P. O. Box 970**<br>**Norfolk, VA 23501** | | H | **Visa Account** | | | | 11,519.46 |
| Account No. **4266 5130 3233 0261**<br><br>**BANK ONE**<br>**P. O. Box 15298**<br>**Wilmington, DE 19899-1529** | | H | | | | | 3,159.04 |
| Account No. **4366 1410 2197 1744**<br><br>**BANK ONE**<br>**P. O. Box 15298**<br>**Wilmington, DE 19899-1529** | | H | | | | | 6,555.66 |
| Account No. **0041 9700 77-4179**<br><br>**BANK ONE/CHASE**<br>**P. O. Box 3155**<br>**W11 4030**<br>**Milwaukee, WI 53201-3155** | | H | | | | | 5,229.64 |
|   **6**  continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 26,463.80 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:29730-050128    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **MARK J. STACY,**
**CAROL ANN PARISI-STACY**
,
Debtors

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5184 4501 0168 7139** <br><br>**CHASE**<br>P. O. Box 52188<br>Phoenix, AZ 85072-2188 | | H | | | | | 14,133.05 |
| Account No. **21-51-32656-4** <br><br>**CHASE ADVANTAGE CREDIT**<br>P. O. Box 52188<br>Phoenix, AZ 85072-2188 | | H | | | | | 8,427.98 |
| Account No. **36 G608985** <br><br>**CHILDREN'S MEMORIAL MEDICAL GROUP**<br>75 Remittance 1312<br>Chicago, IL 60675-1312 | | H | Re: Michael Joseph Stacy | | | | 360.00 |
| Account No. **5424 1804 7548 0510** <br><br>**CITIBANK**<br>P. O. Box 20507<br>Kansas City, MO 64153 | | W | Case No. 04 M1-138747 | | | | 14,164.83 |
| Account No. **5424 1801 8627 8084** <br><br>**CITIBANK**<br>P. O. Box 20507<br>Kansas City, MO 64153 | | J | Case No. 04 M1-150100 | | | | 6,039.76 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **43,125.62**

Form B6F - Cont.
(12/03)

In re  **MARK J. STACY,**
       **CAROL ANN PARISI-STACY**
                                                    ,
                            Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4018 0400 5069 7646** <br><br>**CITIBANK**<br>P. O. Box 20507<br>Kansas City, MO 64153 | | H | | | | | 2,513.37 |
| Account No. **00-0044-4036-4141** <br><br>**CITIBANK - Ready Credit**<br>P. O. Box 20507<br>Kansas City, MO 64153 | | H | | | | | 2,732.29 |
| Account No. **5491 1303 7495 8429** <br><br>**CITIBANK/AT&T UNIVERSAL**<br>P. O. Box 20507<br>Kansas City, MO 64153 | | W | Case No. 04 M1-117705 | | | | 15,637.40 |
| Account No. **5396 8000 0662 8238** <br><br>**CITIBANK/AT&T UNIVERSAL**<br>P. O. Box 20507<br>Kansas City, MO 64153 | | H | Case No. 04 M1-110775 | | | | 9,837.61 |
| Account No. **Packet #1401459** <br><br>**CREDIT BUREAU CENTRAL**<br>2355 Red Rock St., Ste 200<br>Las Vegas, NV 89146 | | H | City of LV Parking | | | | 150.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **30,870.67**

Form B6F - Cont.
(12/03)

In re **MARK J. STACY,**
**CAROL ANN PARISI-STACY**
                                                             ,
                                         Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DAVE PARISI**<br>**280 Winchester Drive**<br>**Sharpsburg, GA 30277** | | J | Loan | | | | 11,000.00 |
| Account No. **6011 0073 5064 6401**<br>**DISCOVER CARD**<br>**P. O. Box 8003**<br>**Hilliard, OH 43026** | | W | | | | | 12,899.29 |
| Account No. **6011 0077 7019 0071**<br>**DISCOVER CARD**<br>**P. O. Box 8003**<br>**Hilliard, OH 43026** | | J | | | | | 7,916.52 |
| Account No. **6011 0075 4021 0068**<br>**DISCOVER CARD**<br>**P. O. Box 8003**<br>**Hilliard, OH 43026** | | J | Case No. 04 M1-185021 | | | | 10,704.89 |
| Account No. **6011 0074 1600 0536**<br>**DISCOVER CARD**<br>**P. O. Box 8003**<br>**Hilliard, OH 43026** | | H | | | | | 7,974.47 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,495.17

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **MARK J. STACY,**  
     **CAROL ANN PARISI-STACY**          Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**FRANCOIS ALVANDI**<br>**c/o Ichabods Bar & Grill**<br>**3300 E. Flamingo Road**<br>**Las Vegas, NV 89121** | | H | **Business Partner** | | | | **Unknown** |
| Account No. **5985979**<br>**ILLINOIS COLLECTION SERVICE, INC.**<br>**P. O. Box 646**<br>**Oak Lawn, IL 60454-0646** | | W | **City of Las Vegas Parking Tickets** | | | | **158.00** |
| Account No.<br>**LUMA & RICH SECREST**<br>**34 Edgemont Drive**<br>**Mundelein, IL 60060** | | J | **Loan** | | | | **20,000.00** |
| Account No. **4264 2911 3626 0500**<br>**MBNA AMERICA**<br>**P. O. Box 15168**<br>**Wilmington, DE 19850-5160** | | W | | | | | **6,775.19** |
| Account No. **4264 2913 4601 3426**<br>**MBNA AMERICA**<br>**P. O. Box 15168**<br>**Wilmington, DE 19850-5160** | | W | | | | | **9,548.25** |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **36,481.44**

Form B6F - Cont.
(12/03)

In re **MARK J. STACY,**
**CAROL ANN PARISI-STACY**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4264 2832 0440 5042** <br><br> **MBNA AMERICA** <br> **P. O. Box 15168** <br> **Wilmington, DE 19850-5160** | | J | | | | | 14,373.62 |
| Account No. **5985979** <br><br> **NORTHWESTERN MED FAC FND** <br> **c/o Illinois Collection Service, In** <br> **P. O. Box 646** <br> **Oak Lawn, IL 60454-0646** | | W | **Re: Carol Stacy** | | | | 158.00 |
| Account No. <br><br> **PAUL HILL** <br> **13714 Captista** <br> **Plainfield, IL 60544** | | J | **Loan** | | | | 15,800.00 |
| Account No. <br><br> **SAMANTHA YOUNIS** <br> **c/o Michael W. Van Zalingen** <br> **10 S. La Salle St., Ste 3310** <br> **Chicago, IL 60603** | | H | **Former Tenant at 675 Grove Drive, Unit 216, Buffalo Grove, IL** | | | | 1,500.00 |
| Account No. **4428 2847 0003 5534** <br><br> **US BANK** <br> **P. O. Box 5229** <br> **Cincinnati, OH 45201** | | H | **Case No. 04 M1-159466** | | | | 11,096.10 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,927.72

Form B6F - Cont.
(12/03)

In re **MARK J. STACY,**
**CAROL ANN PARISI-STACY**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>WM.H. BAILEY, d/b/a First Security I<br>c/o John R. Bailey, City Center Wes<br>7201 W. Lake Mead Blvd., Ste 108<br>Las Vegas, NV 89128 | | H | **Guarantee for lease for bar** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Total
(Report on Summary of Schedules)    **230,364.42**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re **MARK J. STACY**  
**CAROL ANN PARISI-STACY**        Case No.  
Debtor(s)        Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**        **Creditor's name**  
   -NONE-

   *b. Property to Be Retained*        *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 2000 Lincoln LS | IUMA & RICH SECREST | | | X |
| 2. | | BANK OF AMERICA | Debtor will retain collateral and continue to make regular payments. | | |
| 3. | Single Family Home located at 895 East Schirra Drive Palatine, IL 60074 | FIRST MIDWEST BANK | Debtor will retain collateral and continue to make regular payments. | | |
| 4. | | IUMA & RICH SECREST | Debtor will retain collateral and continue to make regular payments. | | |
| 5. | Condo located at 675 Grove Drive, Unit 216 Buffalo Grove, IL 60089 | WASHINGTON MUTUAL HOME LOANS | Debtor will retain collateral and continue to make regular payments. | | |

Date **March 29, 2005**        Signature **/s/ MARK J. STACY**  
                                         **MARK J. STACY**  
                                         Debtor

Date **March 29, 2005**        Signature **/s/ CAROL ANN PARISI-STACY**  
                                         **CAROL ANN PARISI-STACY**  
                                         Joint Debtor

**United States Bankruptcy Court**
**Northern District of Illinois**

In re **MARK J. STACY**
**CAROL ANN PARISI-STACY**
Debtor(s)

Case No.
Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $ **2,500.00**
   Prior to the filing of this statement I have received ................................... $ **2,500.00**
   Balance Due .......................................................................................... $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **March 29, 2005**

**/s/ JOSEPH E. COHEN**
**JOSEPH E. COHEN**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**

# United States Bankruptcy Court
## Northern District of Illinois

In re: **MARK J. STACY**
**CAROL ANN PARISI-STACY**
Debtor(s)

Case No.
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **50**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 29, 2005**     **/s/ MARK J. STACY**
**MARK J. STACY**
Signature of Debtor

Date: **March 29, 2005**     **/s/ CAROL ANN PARISI-STACY**
**CAROL ANN PARISI-STACY**
Signature of Debtor

| | | |
|---|---|---|
| Arrow Financial Services<br>5996 Touhy Avenue<br>Niles, IL 60714 | CHASE ADVANTAGE CREDIT<br>P. O. Box 52188<br>Phoenix, AZ 85072-2188 | DISCOVER CARD<br>P. O. Box 8003<br>Hilliard, OH 43026 |
| Baker Miller Markoff & Krasney<br>29 North Wacker Drive<br>Chicago, IL 60606 | CHILDREN'S MEMORIAL MEDICAL GROUP<br>75 Remittance 1312<br>Chicago, IL 60675-1312 | DISCOVER CARD<br>P. O. Box 8003<br>Hilliard, OH 43026 |
| BANK OF AMERICA<br>P. O. Box 970<br>Norfolk, VA 23501 | CITIBANK<br>P. O. Box 20507<br>Kansas City, MO 64153 | DISCOVER CARD<br>P. O. Box 8003<br>Hilliard, OH 43026 |
| BANK OF AMERICA<br>P. O. Box 1848<br>Greensboro, NC 27420 | CITIBANK<br>P. O. Box 20507<br>Kansas City, MO 64153 | DISCOVER CARD<br>P. O. Box 8003<br>Hilliard, OH 43026 |
| BANK ONE<br>P. O. Box 15298<br>Wilmington, DE 19899-1529 | CITIBANK<br>P. O. Box 20507<br>Kansas City, MO 64153 | FIRST MIDWEST BANK<br>BUFFALO GROVE<br>300 Park Blvd., Ste 400<br>Itasca, IL 60143 |
| BANK ONE<br>P. O. Box 15298<br>Wilmington, DE 19899-1529 | CITIBANK - Ready Credit<br>P. O. Box 20507<br>Kansas City, MO 64153 | FRANCOIS ALVANDI<br>c/o Ichabods Bar & Grill<br>3300 E. Flamingo Road<br>Las Vegas, NV 89121 |
| BANK ONE/CHASE<br>P. O. Box 3155<br>W11 4030<br>Milwaukee, WI 53201-3155 | CITIBANK/AT&T UNIVERSAL<br>P. O. Box 20507<br>Kansas City, MO 64153 | Friedman & Wexler LLC<br>500 W. Madison St., Ste 2910<br>Chicago, IL 60661 |
| BLATT HASENMILLER LEIBSKER & MOORE<br>125 South Wacker Drive<br>Suite 400<br>Chicago, IL 60606 | CITIBANK/AT&T UNIVERSAL<br>P. O. Box 20507<br>Kansas City, MO 64153 | Gallas Schultz<br>9140 Ward Parkway<br>Suite 225<br>Kansas City, MO 64114 |
| Blit and Gaines, P.C.<br>318 West Adamso<br>Suite 1600<br>Chicago, IL 60606 | CREDIT BUREAU CENTRAL<br>2355 Red Rock St., Ste 200<br>Las Vegas, NV 89146 | ILLINOIS COLLECTION SERVICE, IN<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 |
| CHASE<br>P. O. Box 52188<br>Phoenix, AZ 85072-2188 | DAVE PARISI<br>280 Winchester Drive<br>Sharpsburg, GA 30277 | IUMA & RICH SECREST<br>34 Edgemont Drive<br>Mundelein, IL 60060 |

IUMA & RICH SECREST
34 Edgemont Drive
Mundelein, IL 60060

PAUL HILL
13714 Capista
Plainfield, IL 60544

Lake Cook Partners LLC
10550 Deerwood Park, Rm C
Suite 600
Jacksonville, FL 32256

SAMANTHA YOUNIS
c/o Michael W. Van Zalingen
10 S. La Salle St., Ste 3310
Chicago, IL 60603

LTD Financial Services LP
732 Southwest Freeway,
Suite 1800
Houston, TX

Sentry Credit Inc.
2809 Brand Avenue
Everett, WA 98201

LUMA & RICH SECREST
34 Edgemont Drive
Mundelein, IL 60060

TX Collect Trift LLP, d/b/a CTI
2101 W. Ben White Blvd.
Suite 103
Austin, TX 78704-0048

Mann Bracken LLC
229 Peachtree St, N.E.
Suite 700
Atlanta, GA 30303

US BANK
P. O. Box 5229
Cincinnati, OH 45201

MBNA AMERICA
P. O. Box 15168
Wilmington, DE 19850-5160

VAN RU CREDIT CORP.
10024 Skokie blvd.
Suite 3
Skokie, IL 60077

MBNA AMERICA
P. O. Box 15168
Wilmington, DE 19850-5160

WASHINGTON MUTUAL HOME LOANS
P. O. Box 3139
Milwaukee, WI 53201-3139

MBNA AMERICA
P. O. Box 15168
Wilmington, DE 19850-5160

Weltman Weinberg Reise Co.
732 Southwest Freeway
Suite 1800
Houston, TX

NCO Financial
P. O. Box 2617
Dept. 64
Guasti, CA 91743

WM.H. BAILEY,d/b/a First Security I
c/o John R. Bailey, City Center Wes
7201 W. Lake Mead Blvd., Ste 108
Las Vegas, NV 89128

NORTHWESTERN MED FAC FND
c/o Illinois Collection Service, In
P. O. Box 646
Oak Lawn, IL 60454-0646

Wolpoff and Abranson, LLP
702 King Farm Blvd.
Rockville, MD 20850-5775