# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STACY, MARK J | ) | CASE NO. 05-11588 |
| PARISI STACY, CAROL ANN | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    Park City Branch Court, Courtroom B, 301 Greenleaf Ave., Park City, IL 60085

    On:  **June 5, 2009**            Time:  **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $7,524.12 |
    | Disbursements | $16.69 |
    | Net Cash Available for Distribution | $7,507.43 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joel A. Schechter<br>TRUSTEE | $0.00 | $1,502.41 | $95.95 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $156,071.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.79% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $5,803.53 | $219.73 |
| 2 | DISCOVER BANK | $12,899.29 | $488.39 |
| 3 | DISCOVER BANK | $8,254.89 | $312.54 |
| 4 | DISCOVER BANK | $7,974.47 | $301.92 |
| 5 | BANK OF AMERICA NA | $11,757.32 | $445.15 |
| 6 | CHASEMANHTTNBANKUSA,NA AS SUCCESSOR | $3,159.04 | $119.61 |
| 7 | CHASEMANHTTNBANKUSA,NA AS SUCCESSOR | $6,555.66 | $248.21 |
| 8 | CHASE BANK USA NA | $14,133.05 | $535.10 |
| 9 | IUMA & RICH SECREST | $24,100.00 | $912.46 |
| 10 | CITIBANK SOUTH DAKOTA NA | $2,513.37 | $95.16 |
| 11 | CITIBANK SOUTH DAKOTA NA | $8,887.61 | $336.49 |
| 12 | CITIBANK SOUTH DAKOTA NA | $6,039.76 | $228.67 |
| 13 | MBNA AMERICA BANK, N.A. | $18,993.03 | $719.10 |
| 14 | PAUL HILL | $25,000.00 | $946.54 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| REAL ESTATE | $300,000.00 |
| REAL ESTATE | $130,000.00 |
| CASH | $40.00 |
| BANK ACCOUNT | $233.00 |
| BANK ACCOUNT | $20.00 |
| BANK ACCOUNT | $54.00 |
| BANK ACCOUNT | $31.00 |
| BANK ACCOUNT | $5.00 |
| HOUSEHOLD FURNITURE | $1,000.00 |
| BOOK AND PICTURES | $50.00 |

| | |
|---|---:|
| WEARING APPAREL | $500.00 |
| JEWELRY | $150.00 |
| HOBBY EQUIPMENT | $25.00 |
| INSURANCE POLICIES | $2,800.00 |
| INSURANCE POLICIES | $0.00 |
| INSURANCE POLICIES | $0.00 |
| INSURANCE POLICIES | $0.00 |
| IRA | $72,000.00 |
| 401 K PLAN | $20,000.00 |
| tax refund | $0.00 |
| claim v. CCC Technologies | $25,000.00 |
| MOTOR VEHICLE | $13,000.00 |
| MOTOR VEHICLE | $1,000.00 |
| MOTOR VEHICLE | $200.00 |
| OFFICE EQUIP., | $100.00 |
| SECURITY DEPOSIT | $1,500.00 |

Dated:  **April 28, 2009**                    For the Court,

                                       By:  **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the U.S. Bankruptcy Court
                                            219 S. Dearborn Street; 7th Floor
                                            Chicago, IL 60604

Trustee:     Joel A. Schechter
Address:     53 West Jackson
             Suite 1025
             Chicago, IL  60604
Phone No.:   (312) 332-0267