**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STACY, MARK J | ) | CASE NO. 05-11588 |
| PARISI STACY, CAROL ANN | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Park City Branch Court, Courtroom B, 301 Greenleaf Ave., Park City, IL 60085

    On: **June 5, 2009**           Time: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $7,524.12 |
    | Disbursements | $16.69 |
    | Net Cash Available for Distribution | $7,507.43 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joel A. Schechter<br>TRUSTEE | $0.00 | $1,502.41 | $95.95 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $156,071.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.79% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $5,803.53 | $219.73 |
| 2 | DISCOVER BANK | $12,899.29 | $488.39 |
| 3 | DISCOVER BANK | $8,254.89 | $312.54 |
| 4 | DISCOVER BANK | $7,974.47 | $301.92 |
| 5 | BANK OF AMERICA NA | $11,757.32 | $445.15 |
| 6 | CHASEMANHTTNBANKUSA,NA AS SUCCESSOR | $3,159.04 | $119.61 |
| 7 | CHASEMANHTTNBANKUSA,NA AS SUCCESSOR | $6,555.66 | $248.21 |
| 8 | CHASE BANK USA NA | $14,133.05 | $535.10 |
| 9 | IUMA & RICH SECREST | $24,100.00 | $912.46 |
| 10 | CITIBANK SOUTH DAKOTA NA | $2,513.37 | $95.16 |
| 11 | CITIBANK SOUTH DAKOTA NA | $8,887.61 | $336.49 |
| 12 | CITIBANK SOUTH DAKOTA NA | $6,039.76 | $228.67 |
| 13 | MBNA AMERICA BANK, N.A. | $18,993.03 | $719.10 |
| 14 | PAUL HILL | $25,000.00 | $946.54 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| REAL ESTATE | $300,000.00 |
| REAL ESTATE | $130,000.00 |
| CASH | $40.00 |
| BANK ACCOUNT | $233.00 |
| BANK ACCOUNT | $20.00 |
| BANK ACCOUNT | $54.00 |
| BANK ACCOUNT | $31.00 |
| BANK ACCOUNT | $5.00 |
| HOUSEHOLD FURNITURE | $1,000.00 |
| BOOK AND PICTURES | $50.00 |

| | |
|---|---:|
| WEARING APPAREL | $500.00 |
| JEWELRY | $150.00 |
| HOBBY EQUIPMENT | $25.00 |
| INSURANCE POLICIES | $2,800.00 |
| INSURANCE POLICIES | $0.00 |
| INSURANCE POLICIES | $0.00 |
| INSURANCE POLICIES | $0.00 |
| IRA | $72,000.00 |
| 401 K PLAN | $20,000.00 |
| tax refund | $0.00 |
| claim v. CCC Technologies | $25,000.00 |
| MOTOR VEHICLE | $13,000.00 |
| MOTOR VEHICLE | $1,000.00 |
| MOTOR VEHICLE | $200.00 |
| OFFICE EQUIP., | $100.00 |
| SECURITY DEPOSIT | $1,500.00 |

Dated: **April 28, 2009**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Joel A. Schechter
Address: 53 West Jackson
Suite 1025
Chicago, IL 60604
Phone No.: (312) 332-0267

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 28, 2009
Case: 05-11588                 Form ID: pdf002              Total Served: 47

The following entities were served by first class mail on Apr 30, 2009.
db/jdb        +Mark J Stacy,   Carol Ann Parisi-Stacy,   895 East Schirra Drive,   Palatine, IL 60074-7172
aty           +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty            Marc C Scheinbaum,   Scheinbaum & West, LLC,   P. O. Box 5009,   Vernon Hills, IL  60061-5009
tr            +Joel A Schechter, ESQ,   Law Offices Of Joel Schechter,   53 W Jackson Blvd Ste 1025,
                Chicago, IL 60604-3650
9104422       +Arrow Financial Services,   5996 Touhy Avenue,   Niles, IL 60714-4610
9104425       +BANK OF AMERICA,   P. O. Box 1848,   Greensboro, NC 27402
9104426       +BANK ONE,   P. O. Box 15298,   Wilmington, DE 19850-5298
9104428        BANK ONE/CHASE,   P. O. Box 3155,   W11 4030,   Milwaukee, WI 53201-3155
9104429       +BLATT HASENMILLER LEIBSKER & MOORE,   125 South Wacker Drive,   Suite 400,
                Chicago, IL 60606-4440
9104423       +Baker Miller Markoff & Krasney,   29 North Wacker Drive,   Chicago, IL 60606-3221
9104424       +Bank of America NA,   Po Box 2278,   Norfolk, VA 23501-2278
9104430       +Blit and Gaines, P.C.,   318 West Adamso,   Suite 1600,   Chicago, IL 60606-5100
9104431        CHASE,   P. O. Box 52188,   Phoenix, AZ 85072-2188
9104432        CHASE ADVANTAGE CREDIT,   P. O. Box 52188,   Phoenix, AZ 85072-2188
9104433        CHILDREN'S MEMORIAL MEDICAL GROUP,   75 Remittance 1312,   Chicago, IL 60675-1312
9104437       +CITIBANK - Ready Credit,   P. O. Box 20507,   Kansas City, MO 64195-0507
9104438       +CITIBANK/AT&T UNIVERSAL,   P. O. Box 20507,   Kansas City, MO 64195-0507
9510638       +Chase Bank USA NA,   Attn Recovery Payment,   500 White Clay Center Dr,   Newark, DE 19711-5469
9416084       +ChaseManhttnBankUSA,NA as successor in interest to,   Bank One Delaware, NA,
                c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
9104434       +Citibank South Dakota NA,   Exception Payment Processing,   Po Box 6305,
                The Lakes, NV 88901-6305
9104441       +DAVE PARISI,   280 Winchester Drive,   Sharpsburg, GA 30277-2291
9104446       +FIRST MIDWEST BANK,   BUFFALO GROVE,   300 Park Blvd., Ste 400,   Itasca, IL 60143-2682
9104447       +FRANCOIS ALVANDI,   c/o Ichabods Bar & Grill,   3300 E. Flamingo Road,   Las Vegas, NV 89121-4398
9104448       +Friedman & Wexler LLC,   500 W. Madison St., Ste 2910,   Chicago, IL 60661-4571
9104449       +Gallas Schultz,   9140 Ward Parkway,   Suite 225,   Kansas City, MO 64114-3303
9104450        ILLINOIS COLLECTION SERVICE, INC.,   P. O. Box 646,   Oak Lawn, IL 60454-0646
9104451       +IUMA & RICH SECREST,   34 Edgemont Drive,   Mundelein, IL 60060-1307
9104454       +LTD Financial Services LP,   732 Southwest Freeway,,   Suite 1800,   Houston, TX 77038
9104455       +LUMA & RICH SECREST,   34 Edgemont Drive,   Mundelein, IL 60060-1307
9104453       +Lake Cook Partners LLC,   10550 Deerwood Park, Rm C,   Suite 600,   Jacksonville, FL 32256-0596
9104457       +MBNA AMERICA,   P. O. Box 15168,   Wilmington, DE 19850-5168
9663788       +MBNA America Bank, N.A.,   P O Box 15168 MS 1423,   Wilmington, DE 19850-5168
9104456       +Mann Bracken LLC,   229 Peachtree St, N.E.,   Suite 700,   Atlanta, GA 30303-1633
9104460       +NCO Financial,   P. O. Box 2617,   Dept. 64,   Guasti, CA 91743-2617
9104461        NORTHWESTERN MED FAC FND,   c/o Illinois Collection Service, In,   P. O. Box 646,
                Oak Lawn, IL 60454-0646
9104462       +PAUL HILL,   13714 Captista,   Plainfield, IL 60544-7948
9104463       +SAMANTHA YOUNIS,   c/o Michael W. Van Zalingen,   10 S. La Salle St., Ste 3310,
                Chicago, IL 60603-1051
9104464        Sentry Credit Inc.,   2809 Brand Avenue,   Everett, WA 98201
9104465       +TX Collect Trift LLP, d/b/a CTI,   2101 W. Ben White Blvd.,   Suite 103,   Austin, TX 78704-7517
9104466       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: US BANK,   P. O. Box 5229,   Cincinnati, OH 45201)
9104467       +VAN RU CREDIT CORP.,   10024 Skokie blvd.,   Suite 3,   Skokie, IL 60077-1037
9104468        WASHINGTON MUTUAL HOME LOANS,   P. O. Box 3139,   Milwaukee, WI 53201-3139
9104470       +WM.H. BAILEY,d/b/a First Security I,   c/o John R. Bailey, City Center Wes,
                7201 W. Lake Mead Blvd., Ste 108,   Las Vegas, NV 89128-8354
9104469       +Weltman Weinberg Reise Co.,   732 Southwest Freeway,   Suite 1800,   Houston, TX 77038
9104471        Wolpoff and Abranson, LLP,   702 King Farm Blvd.,   Rockville, MD 20850-5775

The following entities were served by electronic transmission on Apr 29, 2009.
9104440       +E-mail/PDF: megan@cbcnv.com Apr 29 2009 07:03:15      CREDIT BUREAU CENTRAL,
                2355 Red Rock St., Ste 200,   Las Vegas, NV 89146-3106
9104442        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 29 2009 07:07:42      Discover Bank,
                Discover Financial Services,   Po Box 8003,   Hilliard, OH 43026
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joel A Schechter, ESQ,   Law Offices Of Joel Schechter,   53 W Jackson Blvd Ste 1025,
                Chicago, IL 60604-3650
9104427*      +BANK ONE,   P. O. Box 15298,   Wilmington, DE 19850-5298
9104439*      +CITIBANK/AT&T UNIVERSAL,   P. O. Box 20507,   Kansas City, MO 64195-0507
9104435*      +Citibank South Dakota NA,   Exception Payment Processing,   Po Box 6305,
                The Lakes, NV 88901-6305
9104436*      +Citibank South Dakota NA,   Exception Payment Processing,   Po Box 6305,
                The Lakes, NV 88901-6305
9104443*      ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Bank,   Discover Financial Services,   Po Box 8003,
                Hilliard, OH 43026)
9104444*      ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Bank,   Discover Financial Services,   Po Box 8003,
                Hilliard, OH 43026)
9104445*      ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Bank,   Discover Financial Services,   Po Box 8003,
                Hilliard, OH 43026)
9104452*      +IUMA & RICH SECREST,   34 Edgemont Drive,   Mundelein, IL 60060-1307
9104458*      +MBNA AMERICA,   P. O. Box 15168,   Wilmington, DE 19850-5168
9104459*      +MBNA AMERICA,   P. O. Box 15168,   Wilmington, DE 19850-5168
                                                                                   TOTALS: 0, * 11
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Apr 28, 2009
Case: 05-11588                Form ID: pdf002          Total Served: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2009**                    **Signature:**     *Joseph Speetjens*