```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
IN RE:                          )
                                )  CASE NO. 05-11588
                                )
    Mark J. Stacy &              )
    Carol Ann Parisi-Stacy,      )
                                )  CHAPTER 7
            Debtors              )
                                )  HON. A. Benjamin Goldgar
                                )
                                )
                                )
```

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE A. BENJAMIN GOLDGAR,
     BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit "A".

   All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. Sec. 350.


DATED: September 17, 2009              /s/ Joel A. Schechter
                                           TRUSTEE


Joel A. Schechter
Atty #03122099
Law Offices of Joel A. Schechter
53 West Jackson-Suite 1025
Chicago, IL  60604
(312) 332-0267